UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Kristin Adamiec
    Plaintiff,

v.  Case No.: 1:25−cv−10358
    Honorable Elaine E. Bucklo

Asana Rebel GmbH
    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 22, 2025:

    MINUTE entry before the Honorable Elaine E. Bucklo: Motion hearing set for 9/26/2025 is stricken. No actual motion was filed. The motion may be filed and noticed for 10/3/2025 or anytime thereafter. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.