UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KRISTIN ADAMIEC,<br><br>On Behalf of Herself and All Others Similarly Situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**ASANA REBEL GMBH,**<br><br>**Defendant.** | Case No.: 1:25-cv-10358 |

### REPORT OF PARTIES' PLANNING MEETING

1. **Meeting.** Pursuant to Fed. R. Civ. P. 26(f), a videoconference was held on November 18, 2025, and was attended by:

   - *Counsel for Plaintiff and the Proposed Class*: J. Burkett McInturff, Andrey Belenkey, and Daniel Kieselstein

   - *Counsel for Defendant*: Justin Penn

2. **Pretrial Schedule.** The parties jointly propose to the Court the following discovery plan:

   - Plaintiff to amend pleadings and add additional parties by: **March 18, 2026**

   - Defendant to amend pleadings or add additional parties by: **April 17, 2026**

3. **Discovery.** Discovery will be needed on the following subjects:

   *Plaintiff's Statement*: Plaintiff will seek discovery of data specific to Plaintiff (e.g., account-level data, including enrollment and billing data), analogous class discovery (e.g., class-wide account-level data), and discovery into Defendant's automatic renewal practices challenged in Plaintiff's Class Action Complaint (e.g., web design documents, internal communications regarding automatic renewal and subscription-related web design, internal assessments of the challenged automatic renewal practices, and customer and other stakeholder communications regarding such practices including customer complaints).

*Defendant's Statement*: Defendant will seek discovery into the nature of the claims Plaintiff presents, her and her counsel's adequacy as representatives, the individualized nature of the claims and other barriers to class certification, the existence or non-existence of both individual and class-wide concrete, particularized harm, and the applicable defenses.

(a) Initial disclosures will be made by **December 2, 2025.** Fact discovery will be commenced in time to be completed by **May 15, 2026.**

(b) Plaintiff expects to need **10** fact depositions, a Fed. R. Civ. P. 30(b)(6) deposition, and deposition(s) of Defendant's expert(s). Defendant expects to need 5 depositions.

(c) Reports from retained experts under Rule 26(a)(2) due:

Date for Plaintiff to comply with Fed. R. Civ. P. 26(a)(2): **August 14, 2026**
Date for Defendant to comply with Fed. R. Civ. P. 26(a)(2): **August 14, 2026**
All expert discovery shall be completed by **November 18, 2026.**

(d) All potentially dispositive motions, and Plaintiff's motion for class certification, shall be filed by **December 18, 2026**.

(e) Plaintiff shall prepare a proposed draft of the final pretrial order no more than **60 days** following the Court's ruling on class certification and on any dispositive motions. The parties shall file a joint final pretrial order no more than **60 days** after Plaintiff provides her proposed draft.

(f) Trial of this case is expected to take **seven (7) court days.**

4. **Settlement.** The parties discussed certain settlement logistics at their discovery planning meeting, including Plaintiff's request that Defendant disclose preliminary estimates of the size of the proposed class, the amount of charges relating to the conduct challenged in this litigation, and other threshold information needed for the parties to determine whether settlement discussions could bear fruit at this stage of the case. The parties will continue to discuss and update the Court accordingly.

5. **Consent.** The parties **do not** consent unanimously to jurisdiction by the assigned magistrate judge.

Dated: December 8, 2025

/s/ Daniel Kieselstein
Daniel Kieselstein
WITTELS MCINTURFF PALIKOVIC
305 Broadway, 7th Floor
New York, New York 10007
Tel: (914) 775-8862
djk@wittelslaw.com

*Attorneys for Plaintiff and Proposed Class*

/s/Justin M. Penn
One of Defendant's Attorneys
Justin M. Penn
HINSHAW & CULBERTSON
151 N. Franklin, Ste. 2500
Chicago, IL 60606
(312) 704-3000
jpenn@hinshawlaw.com

*Attorneys for Defendant*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2025, a true and correct copy of the foregoing document was served via ECF upon all counsel of record.

/s/ Daniel Kieselstein
Daniel Kieselstein
