# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Kristin Adamiec

                      Plaintiff,

v.                                                Case No.: 1:25−cv−10358
                                                                  Honorable Elaine E. Bucklo

Asana Rebel GmbH

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 6, 2026:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's unopposed motion for enlargement of time [31] is granted. Plaintiff's response to Defendant's motion to dismiss Plaintiff's Complaint pursuant to the doctrine of forum non conveniens is extended to and due by 3/13/2026. Defendant's reply is extended to and due by 3/27/2026. Ruling reset for 4/24/2026. The Court will issue the ruling by electronic mail. Mailed notice. (pmh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.