IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

KRISTEN ADAMIEC,                )
                                )
            Plaintiff,          )
                                )       Case No. 25-cv-10358
v.                              )
                                )       Hon. Elaine E. Bucklo
ASANA REBEL GMBH,               )
                                )
            Defendant.          )

**DEFENDANT'S UNOPPOSED MOTION FOR A 1-DAY ENLARGEMENT OF TIME
TO FILE REPLY MEMORANDUM**

Defendant, ASANA REBEL GMBH ("Defendant"), by and through its attorneys, Justin M. Penn and Margaret A. Hayes, move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for a 1-day enlargement of time, up to and including April 27, 2026, in which to file its reply memorandum in support of its motion to dismiss under the doctrine of *forum non conveniens*. In support thereof, Defendant states as follows:

1.      On January 21, 2026, Defendant filed a motion to dismiss pursuant to the doctrine of *forum non conveniens* (hereinafter "Motion"), which included a supporting declaration from its expert on German law, Mr. Reinhard von Hennigs. ECF No. 26.

2.      On January 23, 2026, the Court set a briefing schedule for the Motion, ordering Plaintiff's response due on February 13, 2026, and Defendant's reply due on February 27, 2026. ECF No. 30.

3.      On February 2, 2026, Plaintiff filed an unopposed motion for a 4-week enlargement of time to respond to the Motion. ECF No. 31.

4.      On February 6, 2026, the Court granted Plaintiff's motion for enlargement of time to respond to the Motion, granting Plaintiff until March 13, 2026, to file her response, and Defendant until March 27, 2026, to file its reply. ECF No. 33.

5. On March 13, 2026, Plaintiff filed her response to the Motion, which included a declaration from a German law expert, Mr. Jesko Onken, and a declaration from Plaintiff's counsel, Daniel J. Kieselstein. ECF Nos. 35-37. The response also asserts several arguments which were not addressed in Defendant's motion to dismiss. ECF No. 26; *compare with* ECF Nos. 35-37.

6. On March 19, 2026, and April 7, 2026 Defendant filed unopposed motions to enlarge the time to file its reply, to and including April 24, 2026, which were grant. ECF Nos. 40, 43.

7. Counsel for Defendant, Defendant, and Defendant's expert have been working diligently to prepare the reply, but need additional time (1 business day) to file its reply. Defendant's counsel has had a draft reply prepared in final form that has been submitted to Defendant for approval. Defendant is based in Germany, with a 7-hour time difference. Defendant's counsel still needs final approval from Defendant to file the reply memorandum. Accordingly, Defendant respectfully requests a 1-day enlargement of time to file its reply memorandum to and including April 27, 2026.

8. Defendant requests this enlargement in good faith and does not seek this enlargement for any improper purpose.

9. Discovery is currently stayed in this matter, so no deadlines would be disturbed by the granting of the requested enlargement of time.

10. This is Defendant's third request to enlarge the time for it to file its reply memorandum in support of its Motion.

11. Defense counsel discussed the requested extension with Plaintiff's counsel. Plaintiff's counsel does not oppose the enlargement of time requested herein.

WHEREFORE, Defendant, ASANA REBEL GMBH, respectfully requests that this Court grant an enlargement of time, up to and including April 27, 2026, in which to file its reply memorandum in support of its motion to dismiss for *forum non conveniens*.

2

HINSHAW & CULBERTSON LLP

/s/ *Margaret A. Hayes*
Margaret A. Hayes

Justin M. Penn
Margaret A. Hayes
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
jpenn@hinshawlaw.com
mahayes@hinshawlaw.com

## CERTIFICATE OF SERVICE

I, Margaret A. Hayes, an attorney, hereby certify that on April 24, 2026, a copy of the foregoing **UNOPPOSED SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF** was filed electronically. Notice of this filing will be sent to all parties of record through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ *Margaret A. Hayes*
Margaret A. Hayes

3