**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **KRISTIN ADAMIEC,** <br><br> On Behalf of Herself and All Others Similarly Situated, <br><br> **Plaintiff,** <br><br> v. <br><br> **ASANA REBEL GMBH**, <br><br> **Defendant.** | Case No.: 1:25-cv-10358 |

## JOINT STATUS REPORT

Pursuant to the Court's December 18, 2025 Order (ECF No. 24), the parties jointly submit this status report. At this time, Defendant's Motion to Dismiss under the Doctrine of *Forum Non Conveniens* (ECF No. 26) is pending before the Court. Under the Court's January 23, 2026 Order (ECF No. 30), discovery remains stayed pending the Court's ruling on this Motion. On May 18, 2026, Plaintiff filed a Motion to Strike the Second Declaration of Pascal Klein and Portions of Defendant's Reply, or In the Alternative, to File a Sur-Reply (ECF No. 51), which is currently noticed for May 22, 2026 (ECF No. 52).

**Defendant's Position:**

Defendant would like the opportunity to submit a response to Plaintiff's recent motion (ECF No. 51): (i) opposing the motion to strike, and (ii) alternatively, if the declaration at issue is not stricken and a sur-reply is allowed, Defendant requests leave to file a final reply to address what is raised in the sur-reply. As Defendant will explain more fully if given the opportunity to submit a response, Defendant does not agree that a "final" reply would be improper or create an unnecessary cycle of briefing. Defendant does not agree that its filed motion and reply brief would constitute a "full and fair opportunity to present its arguments" responding to a sur-reply, and

accordingly, seeks the ability to file a "final" reply should the Court grant Plaintiff leave to file a sur-reply.

**Plaintiff's Position:**

Plaintiff does not agree to Defendant's request to file a "final" reply, as it would create an improper and unnecessary cycle of briefing beyond what the rules contemplate, particularly where Defendant has already had a full and fair opportunity to present its arguments in two separate submissions.

Dated: May 19, 2026

By: */s/ Daniel J. Kieselstein*
Daniel J. Kieselstein
WITTELS MCINTURFF PALIKOVIC
305 Broadway, 7th Floor
New York, New York 10007
Tel: (914) 775-8862
djk@wittelslaw.com

*Counsel for Plaintiff and the Proposed*
*Class*

*/s/ Margaret A. Hayes*
Justin M. Penn
Margaret A. Hayes
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
jpenn@hinshawlaw.com
mahayes@hinshawlaw.com

*Counsel for Defendant*